FILED22 JUL '15 14:20USDC-ORP

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PORTLAND   DIVISION

_Kevin M Keay_

_____

(Enter full name of plaintiff(s))

Plaintiff(s),

v.

_Home Forward_

_____

_____

(Enter full name of ALL defendant(s))

Defendant(s).

Civil Case No. 3:15-CV-1365 BR

(to be assigned by Clerk of the Court)

**COMPLAINT**

Jury Trial Demanded
☒ Yes        ☐ No

## I.  PARTIES

 *List your name, address, and telephone number below, and the same information for each defendant.  Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint.  Attach additional sheets of paper if necessary.*

**Plaintiff**     Name: _Kevin m Keay_
Street Address: _650 NW Irvine_
City, State & Zip Code: _Portland, OR, 97209_
Telephone No. _5039195811_

**Defendant No. 1**   Name: _HomE forward_

Street Address: _135 ASH Street_

City, State & Zip Code: _Portland, Oregon 97209_

Telephone No. _503-802-8_

**Defendant No. 2**   Name: _____

Street Address: _____

City, State & Zip Code: _____

Telephone No. _____

**Defendant No. 3**   Name: _____

Street Address: _____

City, State & Zip Code: _____

Telephone No. _____

**Defendant No. 4**   Name: _____

Street Address: _____

City, State & Zip Code: _____

Telephone No. _____

## II.   JURISDICTION

*Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. A case involving the United States Constitution or federal laws or treaties is a federal question case. A case in which a citizen of one state sues a citizen of another state and the amount in damages claimed is more than $75,000 is a diversity of citizenship case.*

A.   What is the basis for federal court jurisdiction (*check all that apply*)

☐ Federal Question          ☐ Diversity of Citizenship

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory, or treaty right is at issue? _Fedend(_

_____

_____

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state of citizenship _Kevionkeay_

Defendant(s) state(s) of citizenship _Homeforward_

### III.  STATEMENT OF CLAIMS

### Claim I

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

I AM A SERVICed connected veteran who the Housing group is Discriminating against in Housing section 8 They have failed to put Me in An Apprtment or even Help me AND I'm Terminal in a wheelchair yet this is to be the Highest Level yet they Dont wah to Help me Fing a place AND have been putting others in leaving me in a sHelter

## Claim II

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

50 million

Because Dof fraud

## Claim III

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

COMPLAINT
Revised: July 20, 2010

Page 4

## IV.   RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking.  Make no legal arguments.  Cite no cases or statutes.*

put me into Housing
Place AND PAY
50 million becase
THey DiD this Knowingly

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 22 day of July, 20 15.

Kevin Keey

(Signature of Plaintiff(s))